to the Bar.— Application granted. Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

ALMIRIA P. JONES, Respondent, v. EAGLE SAVINGS AND LOAN COMPANY, Appellant.— Motion denied on condition that appellant perfect the appeal, place the case on the calendar for the January, 1918, term, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Stapleton, Mills, Rich· and Putnam, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM H. HALE, Appellant.— Motion denied. Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL F. GLEASON, Respondent, v. LAWSON PURDY and Others, as Commissioners of Taxes and Assessments of the City of New York, ·Appellants.— Motion denied, without costs. Present — Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ.

JESSIE A. SCOTT and Another, Respondents, v. EAGLE SAVINGS AND LOAN COMPANY, Appellant.— Motion denied on condition that appellant perfect the appeal, place the case on the calendar for the January, 1918, term, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Stapleton, Mills, Rich and Putnam, JJ.

MARGARET SHEA, as Administratrix, etc., Appellant, v. THE CITY OF NEW YORK, Respondent, and Another, Defendant.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

SPRINGFIELD NATIONAL BANK, Respondent, v. EDWARD N. BREITUNG and Others, Appellants, and Others, Defendants.— We are unanimously of opinion that the papers upon which the warrant was granted were sufficient to confer jurisdiction upon the justice granting the same, and the motion is denied, without costs. Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

GARRITT SWIFT and Another, Respondents, v. EAGLE SAVINGS AND LOAN COMPANY, Appellant.— Motion denied on condition that appellant perfect the appeal, place the case on the calendar for the January, 1918, term, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Stapleton, Mills, Rich and Putnam, JJ.

UNITED STATES DRAINAGE AND IRRIGATION COMPANY, INC., Appellant, v. DEGNON REALTY AND TERMINAL IMPROVEMENT COMPANY and Another, Respondents, and Another, Defendant.— The order is perfectly plain. It means what it says — that the defendants may answer on payment of the costs imposed by this court, viz., twenty dollars costs and disbursements of the appeal. Motion denied. Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

MARY T. WORTHINGTON, Plaintiff, v. PAUL B. WORTHINGTON, Defendant. — Motion for stay denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ.

MARY T. WORTHINGTON, Plaintiff, v. PAUL B. WORTHINGTON, Defend-

ant.— Plaintiff's motion for stay denied.   Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

MARY T. WORTHINGTON, Plaintiff, v. PAUL B. WORTHINGTON, Defendant.— Motion denied, on condition that appellant perfect the appeal, place the case on the calendar for January, 1918, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs.   Present — Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ.

WILLIAM ALLINSON, Respondent, v. THE WILLOUGHBY REALTY COMPANY and THE VAN BRUNT REALTY CORPORATION, Appellants, and Others, Defendants.— Order affirmed, with ten dollars costs and disbursements.   No opinion.   Thomas, Stapleton, Mills, Rich and Blackmar, JJ., concurred.

WILLIAM C. BAKER, Appellant, v. NEW YORK MUNICIPAL RAILWAY CORPORATION and Another, Respondents.— Judgment affirmed, with costs, on the opinion of Mr. Justice Blackmar at Special Term for Trials.   (Reported in 102 Misc. Rep. 719.)   Jenks, P. J., Stapleton, Mills, Rich and Putnam, JJ., concurred.

BERTHA M. BERKE, as Administratrix, etc., of EDWARD CHRISTOPHER BERKE, Deceased, Respondent, v. STATEN ISLAND MIDLAND RAILWAY COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Jenks, P. J., Thomas, Rich, Putnam and Blackmar, JJ.

CARRIE T. BROWN and Others, Respondents, v. THOMAS H. MILLSPAUGH, Individually and as Executor, etc., of HENRY C. HIGGINSON, Deceased, Appellant.— Judgment affirmed, with costs.   No opinion.   Jenks, P. J., Mills, Rich, Putnam and Blackmar, JJ., concurred.

JOSEPH P. CARNEY, Appellant, v. PENN REALTY COMPANY, Respondent. — Appellant having irregularly submitted his papers after the June term, the court will hear him with defendant's counsel on December 14, 1917, at ten A. M.

ANNA CHROSCIEL, as Administratrix, etc., of JOHN CHROSCIEL, Deceased, Respondent, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Jenks, P. J., Thomas, Stapleton, Mills and Rich, JJ.

CHARLES P. DELACEY, an Infant, by JOHN J. DELACEY, His Guardian ad Litem, Respondent, v. THE J. M. HORTON ICE CREAM COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs.   No opinion.   Present — Thomas, Stapleton, Mills, Rich and Blackmar, JJ.

HERBERT DURYEA, JR., an Infant, by HERBERT DURYEA, SR., His Guardian ad Litem, Respondent, v. MURRAY HILL GARAGE COMPANY, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground that the verdict is contrary to the weight of the evidence.   Jenks, P. J., Thomas, Stapleton, Rich and Blackmar, JJ., concurred.

SOLOMON EHRENWORTH, Respondent, v. GEORGE F. STUHMER & COMPANY, INC., Appellant.— Plaintiff's evidence tended to show that the parties